**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 212 WAL 2024 |
| | : |
| Respondent | : |
| | : |
| | : Petition for Allowance of Appeal |
| | : from the **Unpublished Order** of the |
| v. | : Superior Court at No. 28 WDM 2024 |
| | : entered on July 29, 2024,   the |
| | : Order of the Allegheny County Court |
| CHARLES MICHAEL BECHER, | : of Common Pleas at No. CP-02-CR- |
| | : 0001032-2021 entered on March 26, |
| Petitioner | : 2024 |

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of August, 2024, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior Court is **VACATED**, and the matter is **REMANDED** to the Superior Court for review on the merits.  Petitioner's Application for Expedited Review and Applications to File Reply are also **GRANTED**.  The Commonwealth's Objection to Application to File Reply is **DENIED**.